UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | No. 10 CR 651 |
| DANIEL SPITZER, and ) | |
| ALFRED GEREBIZZA ) | Honorable James B. Zagel |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has also been designated in the above captioned case.

    Respectfully submitted,

    ZACHARY T. FARDON
    United States Attorney

By:   s/Jessica Romero
    JESSICA ROMERO
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-4137