UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 10 CR 651 |
| DANIEL SPITZER, and | ) | |
| ALFRED GEREBIZZA | ) | Honorable James B. Zagel |

## CERTIFICATE OF SERVICE

I, Jessica Romero, hereby certify that on January 16, 2014, I caused a copy of the foregoing Attorney Designation, to be served upon the following individual by first-class, postage-paid mail: Alfred Gerebizza, #63188-019, Metropolitan – MCC, 71 West Van Buren Street, Chicago, IL 60605.

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

By: s/Jessica Romero
JESSICA ROMERO
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-4137