**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                                      Case No.: 1:10–cr–00651
                                                       Honorable James B. Zagel

Daniel Spitzer, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 27, 2014:

      MINUTE entry before the Honorable James B. Zagel: As to Defendants Daniel Spitzer (1) and Alfred Gerebizza (2): Status hearing held. Defendant Gerebizza's Writ of Replevin is denied for the reasons stated on the record. Oral motion to remove the restriction on Defendant's Private Indemnity Bond [189] is granted. The Clerk is directed to remove the restriction on document no. 189. Pretrial conference set for 5/19/14 is stricken and reset to 6/30/14 at 3:30 p.m. Trial set for 5/27/14 is stricken and reset to begin on 7/14/14 at 10:30 a.m. Status hearing set for 3/27/14 is stricken and reset to 6/12/14 at 12:00 p.m. Order time excluded in the interest of justice pursuant to 18:3161(h)(7)(A) from 1/27/14 to 7/14/14. Mailed notice (ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.