FILED

FEB 1 1 2014

MB

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| Alfred Robert Gerebizza ) | Case No. 1:10cr651-2 |
| Demandant, Beneficiary ) | |
| Secured Party ) | |
| v ) | |
| UNITED STATES, ) | James B Zagel |
| Madeleine Murphy, Paul ) | |
| Camarena, S.M. Kuta ) | |
| alleged warden ) | |
| Respondants ) | |

NOTICE OF APPEAL

Notice is hereby given that Alfred Robert Gerebizza, Secured Party, Beneficiary is appealing the decision given by James B Zagel in the hearing on January 27th, 2014 concerning including but not limited to, application for Writ inclusive of its attachments, addendum, and unrebutted record filed with the Clerk of the Court on January 13, 2014, docket No.212.

Without Prejudice U.C.C. 1-308

BY: *[signature]*

ALFRED GEREBIZZA

Certificate of Service

Case 10 cr 651-2

Appeals 12-1070

This is to Certify, that I Alfred Robert Gerebizza, have sent through the UNITED STATES mail service on February 6th 2014, Notice of Appeal to the following respondents.

1. Clerk of the Court
219 South Dearborn
Chicago Illinois

2. Office of the Clerk
Appellate Court
219 South Dearborn
Chicago Illinois

3. Madeleine Murphy
219 South Dearborn
Chicago Illinois

4. Paul Camareno
500 South Clinton
Chicago Illinois

Without Prejudice U-CC 1-308

By: [signature]
ALFRED GEREBIZZA

ALFRED GENEOT 224
63168019
METROPOLITAN CORRECTION
CENTER CHICAGO
71 West Van Buren
CHICAGO Illinois
[60605]

Legal Mail

RECEIVED
2014 FEB 11 PM 3:26
CLERK
U.S. DISTRICT COURT

Thomas G. Bruton
Clerk of the Court
219 South Dearborn
Chicago Illinois
[60604]