# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

February 12, 2014

**To:**   Thomas G. Bruton
         Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 14-1307
>
> Caption:
> UNITED STATES OF AMERICA,
> Plaintiff - Appellee
>
> v.
>
> ALFRED GEREBIZZA,
> Defendant - Appellant

> District Court No: 1:10-cr-00651-2
> Court Reporter Blanca Lara
> District Judge James Zagel
> Clerk/Agency Rep Thomas Bruton
> Date NOA filed in District Court: 02/11/2014

If you have any questions regarding this appeal, please call this office.