

**THOMAS G. BRUTON**
CLERK

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

312-435-5670

February 25, 2014

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

FILE COPY

U.S.C.A. 7th Circuit
RECEIVED SDP

FEB 25 2014

GINO J. AGNELLO
CLERK

RE: USA v. Gerebizza

U.S.D.C. DOCKET NO.: 10 cr 651-2

U.S.C.A. DOCKET NO.: 14-1307

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

VOLUME(S) OF *ELECTRONIC* PLEADING(S):          2

VOLUME(S) OF *ELECTRONIC* TRANSCRIPT(S):          1

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Thomas G. Bruton, Clerk

By: /s/ K. Johnson, Deputy Clerk